Everett Piggott, Appellee, v. William H. Newman, Appellant.

Gen. No. 9,640.

opinion filed May 26, 1949; rehearing denied July 9, 1949; released for publication July 9, 1949. Earl S. Hodges, for appellant; Maurice W. Kepner, of counsel; Herbert L. Cantrill, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.